IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. JOSE RIVERA, *Defendant*. | Case No. 18-1372 (M-BJM) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Research and Writing Specialist as counsel for defendant ***Jose Rivera.***

2. Pursuant to the policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the counsel assigned to the case and to the Chief Defender, Eric Alexander Vos.

I HEREBY CERTIFY that on this date I electronically filed the present notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of September, 2018.

ERIC ALEXANDER VOS
Chief Defender
District of Puerto Rico

*s/Lance O. Aduba*
Lance O. Aduba
Research and Writing Specialist
Government No. G02714
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Lance_Aduba@fd.org