UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.

Jose Rivera
Defendant

Criminal No. 18-579 (GAG)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE: FOR PLEADING GUILTY
(RULE 11, Fed.R.Crim. P.)

*RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2019 JUN 12 PM 11:06*

## WAIVER OF RIGHT TO TRIAL BY JURY

The United States Magistrate-Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate-Judge has further informed me of my right to the assistance of legal counsel throughout all stages of the cases including sentencing. The Magistrate-Judge has informed of my right to trial, judgment and sentencing before a United States District Judge

I HEREBY: Waive (give up) my right to trial before a United States District Judge and express my consent to proceed before a Magistrate-Judge while I plead guilty (Rule 11 proceedings) and the entry of a judgment of conviction upon the Magistrate-Judge's recommendation. I understand that sentence will be imposed by a District Judge.

_Jose Rivera_
(Defendant)

_[signature]_
(Defendant's Attorney)

I HEREBY: Waive (give up) my right to stand trial by jury.

_Jose Rivera_
(Defendant)

_[signature]_
(Defendant's Attorney)

Consented to by the United States  _[signature]_
(Signature)

SEAN GALUSKY, SAUSA
(Name and Title)

Approved by: _[signature]_
U. S. Magistrate-Judge

Date: 6/12/19