IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **RIVERA ET AL,** *Defendant.* | **CASE NO. 18-cr-579 (SCC)** |

## MOTION TO WITHDRAW AS ATTORNEY FOR THE UNITED STATES

**TO THE HONORABLE COURT:**

The **UNITED STATES OF AMERICA**, by and through its undersigned attorneys, respectfully states and prays as follows:

The undersigned prosecutor is no longer assigned to this case. Consequently, it is respectfully requested that the Court accept this request to withdraw as attorney for the United States in this case.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the foregoing and GRANT the withdrawal of **AUSA Pedro Casablanca-Sagardia** as attorney for the prosecution in the instant case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of June 2025.

W. STEPHEN MULDROW
United States Attorney

*/s/ Pedro R. Casablanca-Sagardia*
Pedro R. Casablanca-Sagardia,
USDC 219811
Assistant United States Attorney
Torre Chardon
350 Avenida Carlos Chardon, Suite 1201
San Juan, Puerto Rico 00918-2142
787-766-5656
pedro.r.casablanca@usdoj.gov

*Motion to Withdraw as Attorney for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Pedro R. Casablanca-Sagardia*
Pedro R. Casablanca-Sagardia
Assistant United States Attorney
